**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| TRELLIS QUINN,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>JEREMY BEAN, *et al.*,<br><br>　　　　　　Respondents. | Case No. 2:25-cv-00582-RFB-EJY<br><br>**ORDER** |

　　　　Trellis Quinn has submitted a pro se 28 U.S.C. § 2254 petition for writ of habeas corpus and an application to proceed *in forma pauperis* to this Court. ECF No. 1. Based on the current information about petitioner's financial status, including any additional information he may have provided, the Court finds that he is able to pay the full fee pursuant to 28 U.S.C. § 1915.

　　　　**IT IS THEREFORE ORDERED** that petitioner's motion for leave to proceed *in forma pauperis* without having to prepay the full filing fee (ECF No. 1) is **DENIED**. Petitioner has 30 days from the date this order is entered—no later than May 10, 2025—in which to have the $5.00 filing fee sent to the Clerk of Court. Failure to pay the filing fee within 30 days may result in the dismissal of this action without prejudice and without further prior notice.

　　　　**DATED:** April 10, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　**RICHARD F. BOULWARE, II**
　　　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**