UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TRELLIS QUINN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JEREMY BEAN, et al.,<br><br>　　　　Respondents. | Case No. 2:25-cv-00582-RFB-EJY<br><br>**ORDER** |

　　Respondents ask the Court for an extension of time to file a response to Trellis Quinn's 28 U.S.C. § 2254 habeas corpus petition. ECF No. 9. Good cause appearing,

　　**IT IS ORDERED** that Respondents' Motion for Extension of Time to file a response to the petition **(ECF No. 9) is GRANTED** *nunc pro tunc*. **The deadline is extended to September 9, 2025**.

**DATED:** <u>August 05, 2025</u>

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**