UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TRELLIS QUINN,<br><br>  Petitioner,<br><br> v.<br><br>JEREMY BEAN, et al.,<br><br>  Respondents. | Case No. 2:25-cv-00582-RFB-EJY<br><br>**ORDER** |

  Respondents ask the Court for an extension of time to file a response to Trellis Quinn's 28 U.S.C. § 2254 habeas corpus petition. ECF No. 11. Good cause appearing,

  **IT IS ORDERED** that Respondents' Motion for Extension of Time to file a response to the petition **(ECF No. 11) is GRANTED** *nunc pro tunc*. **The deadline is extended to October 24, 2025**.

  **DATED:** September 11, 2025

                    _____
                     **RICHARD F. BOULWARE, II**
                     **UNITED STATES DISTRICT JUDGE**