UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TRELLIS QUINN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JEREMY BEAN, et al.<br><br>　　　　　Respondents. | Case No. 2:25-cv-00582-RFB-EJY<br><br>**EXTENSION ORDER** |

　　This habeas matter is before this Court on Respondents' motion for a 36-day extension of time to file their reply to Petitioner Trellis Quinn's opposition to their motion to dismiss. ECF No. 26. This is Respondents' first request for an extension of this deadline. The Court finds good cause exists to grant the motion.

　　**IT IS THEREFORE ORDERED** that the motion for extension of time (ECF No. 26) is granted. Respondents have up to and including January 23, 2026, to file their reply.

　　**DATED:** December 19, 2025

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**RICHARD F. BOULWARE, II**
　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**